UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FABIAN ROJAS,

                Plaintiff,                                             ORDER
                                                                                   12 CV 5613 (ILG) (JO)

      -against-

BIG APPLE DELI CAFÉ NY CORP., et al.,

                Defendants.
-----------------------------------------------------------x
GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Orenstein, dated February 27, 2014, recommended that the Court dismiss this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b). Any objections were to be made by March 17, 2014. Failure to do so waives the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety and this case is dismissed without prejudice.

      SO ORDERED.

Dated:     Brooklyn, New York
            April 1, 2014

                                                                   s/
                                                              I. Leo Glasser